[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 12, 2006
THOMAS K. KAHN
CLERK

_____

No. 04-16340

_____

D. C. Docket No. 02-01515-CV-ORL-31JGG

SANDYLAND PRODUCE, LLC,
a North Carolina Limited
Liability Company,

                                        Plaintiff-Appellee,

versus

TAR HEEL FARMS, INC.,
a Florida Corporation,
SCOTT S. PAINTER,
an individual,

                                        Defendants-Appellants,

AMBROSIA FARMS OF POMPANO
BEACH, INC., a Florida
Corporation, et al.,

                                        Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 12, 2006)**

Before CARNES, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

After a careful consideration of the briefs, review of the record on appeal, and having heard oral argument in the matter, we conclude that the judgment in this case should be affirmed on the basis of the district court's opinion.

**AFFIRMED.**